CLAUDIA G. SILVA, County Counsel (SBN 167868)
By STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
SOFIA REZVANI, Senior Deputy (SBN 333447)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Estate of William Hayden Schuck; Sabrina Schuck; Timothy Schuck,

Plaintiffs,

v.

County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP) Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera, in her individual capacity; Romeo Deguzman, in his individual capacity; Emily Lymburn, in her individual capacity; Carina Echon, in her individual capacity; Jennifer Vivona RN (#6338), in her Individual Capacity; Deputy Thomas Mace (#4324) in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Allan Valbuena, in his individual capacity; Deputy Justin Page, in his individual capacity; Deputy Jessica Ramirez, in her individual capacity; Nicholas Kahl, NP, in his individual capacity; Deputies Doe, in their individual capacities; Medical Providers Does 2-3, in their individual capacities; Deputy Supervisor Does 1-6, in their individual capacities,

Defendants.

No. 23-cv-00785-DMS-AHG

**COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Date: June 27, 2025
Time: 1:30 p.m.
Judge: Dana M. Sabraw
Courtroom: 13A

Magistrate Judge: Allison H. Goddard

PLEASE TAKE NOTICE that on June 27, 2025, 2025 at 1:30 p.m., in Courtroom 13A of the Honorable Dana M. Sabraw, United States District Court Judge, located in the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway San Diego, CA 92101, County Defendants will move for summary judgment, or in the alternative, partial summary judgment.

The Motion will be based upon this Notice and the accompanying Memorandum of Points and Authorities, the Declaration of Steven Houk, the Declaration of Steven Paul Inman, II, the Notice of Lodgment, the Request for Judicial Notice, the Compendium of Exhibits, and all other papers, orders and pleadings on file in this action, and any other matters this Court may properly consider at oral argument and/or in ruling on this Motion.

Respectfully submitted,

DATED: May 30, 2025

CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, Carina Echon, Jennifer Vivona, Thomas Mace, Allan Valbuena, Jessica Ramirez, Justin Page and Jeff Amado