CLAUDIA G. SILVA, County Counsel (SBN 167868)
By STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
SOFIA REZVANI, Senior Deputy (SBN 333447)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of William Hayden Schuck; Sabrina Schuck; Timothy Schuck,<br><br>Plaintiffs,<br><br>v.<br><br>County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP) Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera, in her individual capacity; Romeo Deguzman, in his individual capacity; Emily Lymburn, in her individual capacity; Carina Echon, in her individual capacity; Jennifer Vivona RN (#6338), in her Individual Capacity; Deputy Thomas Mace (#4324) in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Allan Valbuena, in his individual capacity; Deputy Justin Page, in his individual capacity; Deputy Jessica Ramirez, in her individual capacity; Nicholas Kahl, NP, in his individual capacity; Deputies Doe, in their individual capacities; Medical Providers Does 2-3, in their individual capacities; Deputy Supervisor Does 1-6, in their individual capacities,<br><br>Defendants. | No. 23-cv-00785-DMS-AHG<br><br>**DECLARATION OF STEVEN P. INMAN, II IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 27, 2025<br>Time: 1:30 p.m.<br>Judge: Dana M. Sabraw<br>Courtroom: 13A<br><br>Magistrate Judge: Allison H. Goddard |

I, **STEVEN P. INMAN, II**, declare and state as follows:

1. I am an attorney duly licensed and authorized to practice law in the State of California. I am a Senior Deputy County Counsel for the County of San Diego, and the County Counsel's Office is the attorney of record for Defendant County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado ("Defendants" or "County Defendants"). The facts set forth in this Declaration are true and correct based upon my own personal knowledge and, if called as a witness, I could and would testify competently to each of the facts set forth herein.

2. On June 26, 2024, I appeared for the deposition of Officer Borish Wong in this matter. True and correct copies of excerpts from Officer Wong's deposition are attached as **Exhibit A** to the Compendium of Exhibits in support of this motion.

3. Attached to the Compendium of Exhibits as **Exhibit B** are true and correct copies of excerpts from Hayden Schuck's medical records, which were authenticated in this matter by multiple witnesses including by Nurse Romeo DeGuzman at page 65 of his deposition, which I attended.

4. On August 12, 2024, Officer Luis Pulido gave a deposition in this matter. True and correct copies of excerpts from the deposition that I downloaded from the court reporter's website are attached to the Compendium of Exhibits as **Exhibit C**.

5. On May 7, 2024, I appeared at the deposition of Jameelyn Barrera in this matter. True and correct copies of excerpts from Nurse Barrera's deposition are attached as **Exhibit D** to the Compendium of Exhibits in support of this motion.

6. On March 28, 2025, I appeared at the deposition of Deputy Kyle Holman in this matter. True and correct copies of excerpts from Deputy Holman's deposition are attached as **Exhibit E** to the Compendium of Exhibits in support of this motion.

7. On June 6, 2024, I appeared at the deposition of Romeo DeGuzman in this matter. True and correct copies of excerpts from Nurse DeGuzman's deposition are

attached as **Exhibit F** to the Compendium of Exhibits in support of this motion.

8. On May 15, 2024, I appeared at the deposition of Deputy Alan Griffith in this matter. True and correct copies of excerpts from Deputy Griffith's deposition are attached as **Exhibit G** to the Compendium of Exhibits in support of this motion.

9. On May 30, 2024, I appeared at the deposition of Deputy Allan Valbuena in this matter. True and correct copies of excerpts from Deputy Valbuena's deposition are attached as **Exhibit H** to the Compendium of Exhibits in support of this motion.

10. On May 30, 2024, I appeared at the deposition of Carina Echon in this matter. True and correct copies of excerpts from Nurse Echon's deposition are attached as **Exhibit I** to the Compendium of Exhibits in support of this motion.

11. Attached to the Compendium of Exhibits as **Exhibit J** is a court order from *People v. Schuck*, SDSC Case No. CD293848 that is that subject of a separately filed Request for Judicial Notice.

12. On May 8, 2024, I appeared at the deposition of Jessica Ramirez in this matter. True and correct copies of excerpts from Deputy Ramirez's deposition are attached as **Exhibit K** to the Compendium of Exhibits in support of this motion.

13. On June 17, 2024, I appeared at the deposition of Justin Page in this matter. True and correct copies of excerpts from Deputy Page's deposition are attached as **Exhibit L** to the Compendium of Exhibits in support of this motion.

14. On May 22, 2024, I appeared at the deposition of Jeff Amado in this matter. True and correct copies of excerpts from Deputy Amado's deposition are attached as **Exhibit M** to the Compendium of Exhibits in support of this motion.

15. On May 17, 2024, I appeared at the deposition of Thomas Mace in this matter. True and correct copies of excerpts from Deputy Mace's deposition are attached as **Exhibit N** to the Compendium of Exhibits in support of this motion.

16. On May 15, 2024, I appeared at the deposition of Emily Lymburn in this matter. True and correct copies of excerpts from Nurse Lymburn's deposition are attached as **Exhibit O** to the Compendium of Exhibits in support of this motion.

17. On May 17, 2024, I appeared at the deposition of Jennifer Vivona in this matter. True and correct copies of excerpts from Nurse Vivona's deposition are attached as **Exhibit P** to the Compendium of Exhibits in support of this motion.

18. On June 25, 2024, I appeared at the deposition of Deputy Alexander Cortez in this matter. True and correct copies of excerpts from Deputy Cortez's deposition are attached as **Exhibit Q** to the Compendium of Exhibits in support of this motion.

19. Attached to the Compendium of Exhibits as **Exhibit R** is the Medical Examiner's report, which Deputy Medical Examiner Bethann Schaber authenticated during her August 27, 2024 deposition in this matter, which I have reviewed.

20. On April 11, 2025, I appeared at the deposition of Olugbenga B. Ojo, MD in this matter. True and correct copies of excerpts from Volume 1 of Dr. Ojo's deposition are attached as **Exhibit S** to the Compendium of Exhibits in support of this motion.

21. On May 2, 2025, I appeared for the second part of the deposition of Olugbenga B. Ojo, MD in this matter. True and correct copies of excerpts from Volume 2 of Dr. Ojo's deposition are attached as **Exhibit T** to the Compendium of Exhibits in support of this motion.

22. On October 4, 2024, I appeared at the deposition of Deputy Aaron Boorman in this matter. True and correct copies of excerpts from Deputy Boorman's deposition are attached as **Exhibit U** to the Compendium of Exhibits in support of this motion.

23. On August 20, 2024, I appeared at the deposition of Jon Montgomery, DO in this matter. True and correct copies of excerpts from Dr. Montgomery's deposition are attached as **Exhibit V** to the Compendium of Exhibits in support of this motion

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May 2025, in San Diego, California.

/s/ Steven P. Inman, II
STEVEN P. INMAN, II, Senior Deputy