CLAUDIA G. SILVA, County Counsel (SBN 167868)
By STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
SOFIA REZVANI, Senior Deputy (SBN 333447)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of William Hayden Schuck; Sabrina Schuck; Timothy Schuck,<br><br>Plaintiffs,<br><br>v.<br><br>County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP) Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera, in her individual capacity; Romeo Deguzman, in his individual capacity; Emily Lymburn, in her individual capacity; Carina Echon, in her individual capacity; Jennifer Vivona RN (#6338), in her Individual Capacity; Deputy Thomas Mace (#4324) in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Allan Valbuena, in his individual capacity; Deputy Justin Page, in his individual capacity; Deputy Jessica Ramirez, in her individual capacity; Nicholas Kahl, NP, in his individual capacity; Deputies Doe, in their individual capacities; Medical Providers Does 2-3, in their individual capacities; Deputy Supervisor Does 1-6, in their individual capacities,<br><br>Defendants. | No. 23-cv-00785-DMS-AHG<br><br>**COUNTY DEFENDANTS' COMPENDIUM OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: June 27, 2025<br>Time: 1:30 p.m.<br>Courtroom: 13A<br>Judge: Dana M. Sabraw<br><br>Magistrate Judge: Allison H. Goddard |

Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado ("Defendants") hereby submit the following Compendium of Exhibits ("Compendium") in connection with Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"). All of the exhibits in the Appendix are authenticated in the declaration of Steven P. Inman, II.

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit A | Excerpts from Officer Borish Wong's Deposition |
| Exhibit B | Excerpts from Jail Medical Records |
| Exhibit C | Excerpts from Officer Luis Pulido's Deposition |
| Exhibit D | Excerpts from Jameelyn Barrera's Deposition |
| Exhibit E | Excerpts from Deputy Kyle Holman's Deposition |
| Exhibit F | Excerpts from Nurse Romeo DeGuzman's Deposition |
| Exhibit G | Excerpts from Deputy Alan Griffith's Deposition |
| Exhibit H | Excerpts from Deputy Valbuena's Deposition |
| Exhibit I | Excerpts from Carina Echon's Deposition |
| Exhibit J | Court order in People v. Schuck, SDSC Case No. CD293848 |
| Exhibit K | Excerpts from Deputy Jessica Ramirez's Deposition |
| Exhibit L | Excerpts from Deputy Justin Page's Deposition |
| Exhibit M | Excerpts from Deputy Jeff Amado's Deposition |
| Exhibit N | Excerpts from Deputy Thomas Mace's Deposition |
| Exhibit O | Excerpts from Emily Lymburn's Deposition |
| Exhibit P | Excerpts from Jennifer Vivona's Deposition |
| Exhibit Q | Excerpts from Deputy Alexander Cortez's Deposition |
| Exhibit R | Medical Examiner Report |

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit S | Excerpts from Dr. Olubenga Ojo's Deposition, Volume 1 |
| Exhibit T | Excerpts from Dr. Olubenga Ojo's Deposition, Volume 2 |
| Exhibit U | Excerpts from Deputy Aaron Boorman's Deposition |
| Exhibit V | Excerpts from Dr. Jon Montgomery's Deposition |
| Exhibit W | Transcript from hearing in *People v. Schuck*, SDSC Case No. CD293848 |

DATED: May 30, 2025

CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, Carina Echon, Jennifer Vivona, Thomas Mace, Allan Valbuena, Jessica Ramirez, Justin Page and Jeff Amado