CLAUDIA G. SILVA, County Counsel (SBN 167868)
By STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
SOFIA REZVANI, Senior Deputy (SBN 333447)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Estate of William Hayden Schuck; Sabrina Schuck; Timothy Schuck,

Plaintiffs,

v.

County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP) Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera, in her individual capacity; Romeo Deguzman, in his individual capacity; Emily Lymburn, in her individual capacity; Carina Echon, in her individual capacity; Jennifer Vivona RN (#6338), in her Individual Capacity; Deputy Thomas Mace (#4324) in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Allan Valbuena, in his individual capacity; Deputy Justin Page, in his individual capacity; Deputy Jessica Ramirez, in her individual capacity; Nicholas Kahl, NP, in his individual capacity; Deputies Doe, in their individual capacities; Medical Providers Does 2-3, in their individual capacities; Deputy Supervisor Does 1-6, in their individual capacities,

Defendants.

No. 23-cv-00785-DMS-AHG

**DECLARATION OF STEVEN HOUK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Hearing Date: June 27, 2025
Courtroom: 13A
Judge: Dana M. Sabraw

Magistrate Judge: Allison H. Goddard

I, Steven Houk, declare as follows:

1. I am employed in the Office of County Counsel as the Claims and Investigator Supervisor. In that capacity, I have overseen the claims handling and investigation of the claim that is the subject of this lawsuit. I make this declaration based upon my personal knowledge. If called as a witness to testify, I could and would competently testify thereto.

2. In connection with the handling and investigation of Plaintiffs' claim regarding the in custody death of William Hayden Schuck, I reached out to the Office of the Public Defender to attempt to contact Stephen Trenholme, the deputy public defender who saw Mr. Schuck and represented him at his arraignment on the day before his death.

3. On or about July 26, 2023, Mr. Trenholme left me a voicemail, a true and correct transcription of which is attached to this declaration. I understand that the voicemail will also be lodged with the Court (in audio format).

4. In connection with my work and the work of other investigators in our office, it is my practice, and the practice of other investigators in my office in the ordinary course of business, to electronically store copies of voicemails that contain substantive information on a County shared drive. I saved the voicemail discussed in this declaration in conformity with that regular practice and regard it as a business record of the County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of May 2025 at San Diego, California.

Steve Houk

Steven Houk

# EXHIBIT 1

# Audio Transcript

Case Number: 37-2024-00027348-CU-PA-CTL
Date: n/a

In the matter of:

# ESTATE OF SCHUCK, et al. v COUNTY OF SAN DIEGO, et al.

CERTIFIED COPY

Reported by:
Rebecca Priebe

Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

Voicemail Recording of Steven Trenholme to Houk

Appearances

Deputy Public Defender Steven Trenholme

MR. TRENHOLME: Hello, Mr. Houk(phonetic). This message is from Deputy Public Defender Steven Trenholme. You had contacted Catherine Branner of the public defender office about the case you're working on. Somebody named William Hayden Schuck, who died in the jail and his family is suing the county. And I represented him at his arraignment. You indicated you wanted to talk to me. I'm calling you on my personal cell phone number. You can call me back really any time. If you wanted to up to 10 o'clock at night. My number is 530-520-3287. That's 530-520-3287. I'm in court basically all day, every day. So calling me during the day doesn't work.

I have notes that I kept on the day that I appeared with him. I've also read the transcript. I have no real memory of appearing with him, but I'm looking at my notes. I keep very detailed notes. I know what happened. Reading the transcript I know what happened. The bottom line is, the reason we requested a medical intervention was not because he displayed any physical problem to me, but because of a concern about mental illness. And his mother and father spoke to me after court was over, not before court. They made no mention of physical problems beyond that he had Tourette syndrome and dyslexia. I did not note either

of those things when I was talking to him. They told me he has ADHD and a learning disability.

They told me he has a history of mental illness and substance abuse and alcoholism. The day that I met with him, he would not say a single word to me. I'm getting this to you from my docket note. He would smile and nod his head when I ask him questions. I had no sense at all that there was a physical problem with him, and neither he nor his parents told me anything about a physical problem with high blood pressure. So if you'd like to talk to me further, give me a call back. Later today or in the evening up to 10 o'clock. Thank you. Bye bye.

CERTIFICATE

I Rebecca Priebe certify that I was authorized to and did transcribe the above audio and that the transcript is a true and correct record of the audio provided. I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Rebecca Priebe

____R.B

Rebecca Priebe

Transcriber

27th, May, 2025

**1**

**10** 3:10 4:12

**5**

**530-520-3287** 3:11

**A**

**abuse** 4:4
**ADHD** 4:2
**alcoholism** 4:4
**appeared** 3:15
**appearing** 3:16
**arraignment** 3:7

**B**

**back** 3:9 4:12
**basically** 3:12
**blood** 4:10
**bottom** 3:19
**Branner** 3:3
**bye** 4:13

**C**

**call** 3:9 4:12
**calling** 3:8,12
**case** 3:4
**Catherine** 3:3
**cell** 3:9
**concern** 3:21
**contacted** 3:3
**county** 3:6
**court** 3:12,23

**D**

**day** 3:12,13,14 4:4
**defender** 3:2,4
**Deputy** 3:2
**detailed** 3:17
**died** 3:5
**disability** 4:2
**displayed** 3:20
**docket** 4:6
**dyslexia** 3:25

**E**

**evening** 4:12

**F**

**family** 3:6
**father** 3:22

**G**

**give** 4:11

**H**

**happened** 3:18,19
**Hayden** 3:5
**head** 4:7
**high** 4:10
**history** 4:3
**Houk(phonetic)** 3:1

**I**

**illness** 3:22 4:4
**intervention** 3:20

**J**

**jail** 3:6

**L**

**learning** 4:2

**M**

**made** 3:23
**medical** 3:20
**memory** 3:16
**mental** 3:22 4:3
**mention** 3:24
**message** 3:2
**met** 4:5
**mother** 3:22

**N**

**named** 3:5
**night** 3:10
**nod** 4:7
**note** 3:25 4:6
**notes** 3:14,17
**number** 3:9,11

**O**

**office** 3:4

**P**

**parents** 4:9
**personal** 3:8
**phone** 3:9
**physical** 3:21,24 4:8,10
**pressure** 4:11
**problem** 3:21 4:8,10
**problems** 3:24
**public** 3:2,4

**Q**

**questions** 4:7

**R**

**read** 3:15
**Reading** 3:18
**real** 3:16
**reason** 3:19
**represented** 3:7
**requested** 3:19

**S**

**Schuck** 3:5
**sense** 4:8
**single** 4:5
**smile** 4:7
**spoke** 3:22
**Steven** 3:2
**substance** 4:4
**suing** 3:6
**syndrome** 3:25

**T**

**talk** 3:8 4:11
**talking** 4:1
**things** 4:1
**time** 3:10
**today** 4:12
**told** 4:1,3,9
**Tourette** 3:25

**transcript** 3:15,18
**Trenholme** 3:1,3

**W**

**wanted** 3:8,10
**William** 3:5
**word** 4:5
**work** 3:13
**working** 3:4