CLAUDIA G. SILVA, County Counsel (SBN 167868)
By STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
SOFIA REZVANI, Senior Deputy (SBN 333447)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Estate of William Hayden Schuck; Sabrina Schuck; Timothy Schuck,

Plaintiffs,

v.

County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP) Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera, in her individual capacity; Romeo Deguzman, in his individual capacity; Emily Lymburn, in her individual capacity; Carina Echon, in her individual capacity; Jennifer Vivona RN (#6338), in her Individual Capacity; Deputy Thomas Mace (#4324) in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Allan Valbuena, in his individual capacity; Deputy Justin Page, in his individual capacity; Deputy Jessica Ramirez, in her individual capacity; Nicholas Kahl, NP, in his individual capacity; Deputies Doe, in their individual capacities; Medical Providers Does 2-3, in their individual capacities; Deputy Supervisor Does 1-6, in their individual capacities,

Defendants.

No. 23-cv-00785-DMS-AHG

**COUNTY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Date: June 27, 2025
Time: 1:30 p.m.
Judge: Dana M. Sabraw
Courtroom: 13A

Magistrate Judge: Allison H. Goddard

Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jessica Ramirez, Justin Page, Allan Valbuena, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, and Carina Echon, Jennifer Vivona, Thomas Mace, and Jeff Amado (collectively, "County Defendants") respectfully request that the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the attached records in support of Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

Under Federal Rules of Evidence 201(b): "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned."

Consistent with the above-discussed law, the County requests that the Court take judicial notice of the following:

1. The March 15, 2022 court order in *People v. Schuck*, SDSC Case No. CD293848 attached as Exhibit J to the concurrently filed County Defendants' Compendium of Exhibits in Support of Motion for Summary Judgment.

2. The March 15, 2022 Transcript of Proceedings in *People v. Schuck*, SDSC Case No. CD293848 attached as Exhibit W to the concurrently filed County Defendants' Compendium of Exhibits in Support of Motion for Summary Judgment.

Respectfully submitted:

DATED: May 30, 2025

CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants County of San Diego, William Gore, Kelly Martinez, Jon Montgomery, Jameelyn Barrera, Romeo DeGuzman, Emily Lymburn, Carina Echon, Jennifer Vivona, Thomas Mace, Allan Valbuena, Jessica Ramirez, Justin Page and Jeff Amado