# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On May 30, 2025, I served the following documents:

**SEE ATTACHED LIST OF DOCUMENTS**

in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

Timothy A. Scott, Esq.
Lauren Mellano, Esq.
Nicole Delaney, Esq.
Michelle Angeles, Esq.
MCKENZIE SCOTT PC
1350 Columbia St., Suite 600
San Diego, CA 92101
Phone: 619-794-0451
Email: tscott@mckenziescott.com
Email: lmellano@mckenziescott.com
Email: ndelaney@mckenziescott.com
Email: mangeles@mckenziescott.com
*Attorneys for Plaintiffs*

Jeffrey Doggett, Esq
Katie Schuler, Esq.
Emily K. Kirschenheuter, Esq.
LOTZ, DOGGETT & RAWERS LLP
101 West Broadway, Suite 1330
San Diego, CA 92101
Phone: 619-233-5565
Email: jdoggett@ldrlaw.com
Email: kschuler@ldrlaw.com
Email: nbenedict@ldrlaw.com
Email: ekirschenheuter@ldrlaw.com
*Attorneys for Defendant*
*Correctional Healthcare Partners, Inc.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2025, at San Diego, California.

s/ STEVEN P. INMAN, II
Email: steven.inman@sdcounty.ca.gov

# LIST OF DOCUMENTS SERVED

**COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**COUNTY DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**COUNTY DEFENDANTS' COMPENDIUM OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**COUNTY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**COUNTY DEFENDANTS' NOTICE OF LODGMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF STEVEN P. INMAN, II IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF STEVEN HOUK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**