Timothy A. Scott (SBN 215074)
Lauren M. Mellano (SBN 306918)
Michelle C. Angeles, (SBN 298883)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tscott@mckenziescott.com
lmellano@mckenziescott.com
mangeles@mckenziescott.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of William Hayden Schuck, by and through his successors-in-interest Sabrina Schuck and Timothy Schuck; Sabrina Schuck, individually and in her capacity as successor-in-interest; and Timothy Schuck, individually and in his capacity as successor-in-interest;<br><br>Plaintiffs,<br><br>v.<br><br>County of San Diego; Bill Gore, in his individual capacity; Kelly Martinez, in her individual capacity; Correctional Healthcare Partners (CHP); Jon Montgomery, DO, in his individual capacity; Jameelyn Barrera RN, in her individual capacity; Romeo DeGuzman RN, in his individual capacity; Emily Lymburn RN, in her individual capacity; Carina Echon RN, in her individual | Case No.: 23-cv-00785-DMS-AHG<br><br>Hon. Dana M. Sabraw<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR SANCTIONS AGAINST COUNTY FOR SPOLIATION OF EVIDENCE** |

capacity; Jennifer Vivona RN (#6338), in her individual capacity; Deputy Thomas Mace (#4324), in his individual capacity; Deputy Jeff Amado (#4193), in his individual capacity; Deputy Sven Soderberg (#3397), in his individual capacity; Defendant Deputies Does 1-7, in their individual capacities; Defendant Medical Providers Does 1-5, in their individual capacities; Defendant Deputy Supervisor Does 1-6, in their individual capacities.

Defendants.

I, Lauren M. Mellano, declare under penalty of perjury as follows:

1. The following is based upon my own personal knowledge.

2. I am an attorney employed by McKenzie Scott PC and, along with Timothy A. Scott and Michelle C. Angeles, I am counsel for the Plaintiffs in this matter.

3. On April 28, 2022, my office sent preservation letters to the San Diego County Central Jail as well as the San Diego Sheriff's Department. A true and correct copy of those letters is attached as Exhibit A, Preservation Letters.

4. On September 15, 2022, my office sent a tort claim to the County on behalf of Plaintiffs. A true and correct copy of those letters is attached as Exhibit B.

5. On August 2, 2023, Plaintiffs propounded a request for production of "All video or audio recordings, including surveillance video, depicting or relating to Plaintiff's incarceration and/or death at the County jail."

6. On April 15, 2024, my office (specifically, Michelle Angeles) received the email from Steve Inman depicted in the photo on page 2 of the memorandum of points and authorities. That is a true and correct photo of the email.

7. On September 27, 2024 my office served the County with the amended notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). A true and correct copy of the Notice is attached as Exhibit C.

8. A true and correct copy of Captain Williamson's deposition transcript is attached as Exhibit D.

9. A true and correct copy of an excerpt of Deputy Soderberg's deposition transcript is attached as Exhibit E.

10. Pursuant to discovery, including testimony, on the morning of March 15, 2022, Deputy Holman and Corporal Gonzalez found Hayden that morning in a soiled cell, pantsless, covered in either food or feces, and talking to himself.

11. This is not depicted on video produced to Plaintiffs. Rather, the video starts back up that morning at 8:01 a.m. in a different hallway.

12. Moreover, Hayden was supposed to have Court on March 14, but allegedly refused.

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States, this 30th day of May 2025, in San Diego, California.

Respectfully Submitted,

*/s/Lauren M. Mellano*
Lauren M. Mellano
MCKENZIE SCOTT, PC
Attorneys for Plaintiff