EXHIBIT A

McKENZIE SCOTT

April 28, 2022

San Diego Central Jail
1173 Front Street
San Diego, CA 92101

*Via: USPS Certified Mail*

*Re: William Hayden Schuck*

Dear responsible party,

Please accept this letter on behalf of Timothy and Sabrina Schuck. Our firm is investigating the circumstances of William Schuck's death on or about March 16, 2022 while he was detained at the San Diego Central Jail.

We respectfully request that you take any necessary steps to preserve all evidence relating to his arrest on March 10, his time in-custody, his death, and potential witnesses with information about his arrest, time in-custody, and death. This request includes, but is not limited to, all videos and photographs of Mr. Schuck or related events, email correspondence, and any other writing or communication in your possession regarding or discussing Mr. Schuck and/or his death. This request also includes, but is not limited to, records describing which detainees were housed in the same cell as Mr. Schuck or adjacent cells as well as records relating to them (such as recorded phone calls by those other detainees). These detainees are prospective witnesses and their information and records must also be preserved. Similarly, our firm understands the County and Citizens Law Enforcement Review Board (CLERB) to be investigating Mr. Schuck's death and all investigative materials should also be preserved.

Failing to preserve this evidence could constitute spoliation of evidence and could have adverse consequences for you in any future legal proceedings. If you believe any further information is necessary to ensure all of the foregoing and related materials are preserved, please do not hesitate to contact our firm. Please do not hesitate to contact me if my firm can be of any assistance with this process, and certainly please feel free to let me know if you have any questions or concerns with the matters discussed herein.

Sincerely,

*Timothy A. Scott*

*MCKENZIE SCOTT, PC*
*Attorneys at Law*

McKENZIE SCOTT

April 28, 2022

San Diego County Sheriff's Department
PO Box 85306
San Diego, CA 92186

*Via: USPS Certified Mail and Facsimile (619-236-2007)*

*Re: William Hayden Schuck*

Dear responsible party,

Please accept this letter on behalf of Timothy and Sabrina Schuck. Our firm is investigating the circumstances of William Schuck's death on or about March 16, 2022 while he was detained at the San Diego Central Jail.

We respectfully request that you take any necessary steps to preserve all evidence relating to his arrest on March 10, his time in-custody, his death, and potential witnesses with information about his arrest, time in-custody, and death. This request includes, but is not limited to, all videos and photographs of Mr. Schuck or related events, email correspondence, and any other writing or communication in your possession regarding or discussing Mr. Schuck and/or his death. This request also includes, but is not limited to, records describing which detainees were housed in the same cell as Mr. Schuck or adjacent cells as well as records relating to them (such as recorded phone calls by those other detainees). These detainees are prospective witnesses and their information and records must also be preserved. Similarly, our firm understands the County and Citizens Law Enforcement Review Board (CLERB) to be investigating Mr. Schuck's death and all investigative materials should also be preserved.

Failing to preserve this evidence could constitute spoliation of evidence and could have adverse consequences for you in any future legal proceedings. If you believe any further information is necessary to ensure all of the foregoing and related materials are preserved, please do not hesitate to contact our firm. Please do not hesitate to contact me if my firm can be of any assistance with this process, and certainly please feel free to let me know if you have any questions or concerns with the matters discussed herein.

Sincerely,

*Timothy A. Scott*

*MCKENZIE SCOTT, PC*
*Attorneys at Law*