# EXHIBIT B

McKENZIE SCOTT

September 15, 2022

*Via: USPS Certified Mail*

Office of County Counsel
Claims and Investigation Division
1600 Pacific Highway, Room 355
San Diego, CA 92101

*Re: Claim for Damages Against County of San Diego for Wrongful Death*

To Whom It May Concern:

Our firm represents claimants Sabrina and Tim Schuck and the Estate of William Hayden Schuck in this matter. This letter is intended to serve as a claim for damages against the County of San Diego in accordance with the provisions of California Government Code § 900.4 *et seq*.

The relevant information regarding the instant claim is as follows.

<u>Claimants</u>: Sabrina and Tim Schuck
The Estate of William Hayden Schuck

<u>Address</u>: The Schucks c/o McKenzie Scott, PC
1350 Columbia Street, Suite 600
San Diego, California 92101

Address for Delivery of Notices:
Claimants wish all notices and communications regarding this claim as well as any claims filed on his behalf previously by former counsel to be sent to:

The Schucks c/o McKenzie Scott, PC
1350 Columbia Street, Suite 600
San Diego, California 92101

Date, place, and circumstances of event that gave rise to the claim[1]:

On March 10, 2022, William Hayden Schuck was arrested by San Diego Police Department officers after he was involved in a rollover car collision in Ocean Beach at the intersection of I-8 and Sunset Cliffs Boulevard. SDPD officers transported him from the scene of the collision to the San Diego county central jail.

While at the county jail, Mr. Schuck's health deteriorated and on March 16, 2022, he died while in the custody and care of the county. Whether his health deteriorated due to a mental health issue, drug detoxification, or some other medical issue, it is clear that Mr. Schuck required medical intervention by his custodians and on information and belief, his custodians were deliberately indifferent to his dire medical needs.

General Description of Damages:

Mr. Schuck suffered pain and suffering and ultimately death due to the county's conduct and lack of or inadequate medical intervention. His estate seeks compensation in every form recognized under the law. This is an unlimited civil case with damages far exceeding $10,000.

Name of Public Employees Causing the Injury:

The names and identities of the specific county officers or employees responsible for causing Mr. Schuck's pain, suffering, and ultimate death are currently unknown. Investigation is ongoing.

---

[1] Investigation is ongoing. This section summarizes the relevant facts of the case for purposes of this claim only and is not intended to state each and every fact that may be at issue in this case.

Conclusion

Thank you for your attention to this matter. If this claim fails to comply in any respect with any requirements of California Government Code sections 910 or 910.2, you are required to provide written notice of the insufficiency pursuant to section 910.8 of the same code.

Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

Lauren Williams
McKenzie Scott, PC