# EXHIBIT C

CAPT. WILLIAMSON-PMK
10.11.24
**Exhibit 93**
Adriana S. Angulo

Timothy A. Scott (SBN 215074)
Lauren M. Mellano (SBN 306918)
Michelle C. Angeles (SBN 298883)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tscott@mckenziescott.com
lmellano@mckenziescott.com
mangeles@mckenziescott.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF WILLIAM HAYDEN SCHUCK, BY AND THROUGH HIS SUCCESSORS-IN-INTEREST SABRINA SCHUCK AND TIMOTHY SCHUCK; SABRINA SCHUCK, INDIVIDUALLY AND IN HER CAPACITY AS SUCCESSOR-IN-INTEREST; AND TIMOTHY SCHUCK, INDIVIDUALLY AND IN HIS CAPACITY AS SUCCESSOR-IN-INTEREST;<br><br>Plaintiffs,<br><br>V.<br><br>COUNTY OF SAN DIEGO ET AL.,<br><br>Defendants. | Case No.: 3:23-CV-00785-DMS-AHG<br><br>**AMENDED NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION OF DEFENDANT COUNTY OF SAN DIEGO (*with Request for Production of Documents*.)**<br><br>Date: October 11, 2024<br>Time: 2:00 p.m.<br>Location: 1350 Columbia St., Ste. 600<br>San Diego, CA 92101 |

**TO: DEFENDANTS AND THEIR COUNSEL OF RECORD: NOTICE IS HEREBY GIVEN** that pursuant to Rules 30(b)(6) and 34 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, will take the deposition of Defendant County of San Diego, by and through its designated witness, on October 11, 2024 at 2:00 p.m., at 1350 Columbia Street, Suite 600, San Diego, CA 92101, on the topics set forth below. Said deposition will be video recorded and taken by a certified shorthand reporter or any other person who is qualified to administer oaths, who is not an employee, attorney or counsel of any other party, nor a relative or employee of any such attorney or counsel, nor a person financially interested in this case. If for any reason the deposition is not completed on that date, the deposition will be continued from day to day, excluding Saturdays, Sundays, and holidays, until completed, or alternatively may be rescheduled for a later date at the discretion of Plaintiffs' counsel.

**<u>30(b)(6) Notice and Duty to Designate:</u>**

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant County of San Diego shall designate one or more officers, directors, managing agents, or other persons who has consent to testify on Defendant County of San Diego's behalf on:

***The process by which surveillance video footage from Hayden Schuck's incarceration at the Men's Central Jail was (or was not) collected and retained by County investigators, including:***

1. What jail surveillance video was available between March 10, 2022 and March 16, 2022, when San Diego homicide detectives began their investigation of Hayden Schuck's in-custody death.
2. Which video and camera angles were downloaded and saved by the County after Hayden Schuck's death, and which ones were not.
3. If applicable, the reasons why the County did not preserve all available video and camera angles depicting Hayden Schuck prior to his death.

4. The identities of any persons involved in the decision to download or retain (or not to download or retain) any of the jail surveillance videos of Hayden Schuck that existed at the time of his death.
5. What written policies or procedures govern the retention of jail video after an in-custody death like Mr. Schuck's.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff hereby reiterates his earlier requests for production of documents and requests compliance with the same. For purposes of this Fed. R. Civ. Pro. 30(b)(6) deposition, Plaintiff requests that any designated witness produce, if production has not been made already, all documents responsive to the following requests for production:

**REQUEST FOR PRODUCTION NO. 1:**

Any surveillance video pertaining to Hayden Schuck that has not previously been produced in this case.

**REQUEST FOR PRODUCTION NO. 2:**

A log of all surveillance video produced by the County to CLERB (the Citizens' Law Enforcement Review Board) regarding Hayden Schuck's death and CLERB's investigation of the same.

**REQUEST FOR PRODUCTION NO. 3:**

Any written policies or procedures pertaining to the retention of surveillance video, including guidelines on which specific videos or camera angles should be retained during an in-custody death investigation, and the process by which that should occur.

**REQUEST FOR PRODUCTION NO. 4:**

Produce all documents and records (that have not yet been produced) relating to San Diego County Sheriff homicide detectives' investigation of Hayden

Schuck's death, including any PowerPoint slides (or similar files) generated or distributed regarding the investigation, memoranda (formal or informal) of investigation, notes of investigation, sign-in sheets or rosters from briefings or meetings related to the death, and any other paperwork generated by or pertaining to the investigation that occurred after Mr. Schuck's death.

DATE: September 27, 2024

By: ______________________

TIMOTHY A. SCOTT
LAUREN M. MELLANO
MICHELLE C. ANGELES
Attorneys for Plaintiffs