# EXHIBIT E

03:16 some situations?
03:16 A. Yes, not necessarily for them --
03:16 Q. I see.
03:16 A. -- but for other inmates because --
03:16 Q. I heard reference in some of the materials to "the back 40" as a physical location in the men's central jail.
03:16 Does that mean anything to you?
03:17 A. The back 40? It could be on the second floor where the old court side -- section was. But as far as I know, we're not -- we weren't allowed to use that to put people because historically, sometimes they would not know that they were back there.
03:17 Q. Uh-huh.
03:17 A. And so -- and we were using that also for video -- video court. So we would actually bring people down and keep them in those housing cells for video court. I don't know when that started. During COVID sometime. So those back 40s were meant for video court --
03:17 Q. Okay.
03:17 A. -- inmates.
03:17 Q. You said, "Those back 40s." Is --
03:17 A. Well, that area is -- because there's a