*Estate of William Hayden Schuck, et al. v. County of San Diego, et al.*
Case No.: 23-cv-00785-DMS-AHG

**Exhibits to Plaintiffs' Opposition to County Defendants' Motion for Summary Judgment**
**Table of Contents**


| Exhibit | Description | Exhibit Page No. |
|---|---|---|
| 1. | Excerpts from the August 12, 2024 Deposition of Officer Luis Pulido | 1 |
| 2. | Excerpts from the June 26, 2024 Deposition of Borish Wong | 21 |
| 3. | Video Lodgment CSD 623 DUI-3 | 109 |
| 4. | Video Lodgment CSD 621-DUI-2 | 110 |
| 5. | San Diego County Sheriff's Department Medical Services Division Policy No. E.2.1 – Receiving Screening | 111 |
| 6. | Excerpts from the June 6, 2024 Deposition of Reginald Barretto, RN | 118 |
| 7. | Hayden Schuck's Medical Records | 137 |
| 8. | Video Lodgment Intake_2022-03-10-21-09-00-283 | 213 |
| 9. | Video Lodgment Intake_2022_ | 214 |
| 10. | Excerpts from the July 10, 2024 Deposition of Manual Nozawa, Junior, RN | 215 |
| 11. | Excerpts from the May 21, 2024 Deposition of Serina Rognlien-Hood | 244 |

| | | |
|---|---|---|
| 12. | Excerpts from the May 7, 2024 Deposition of Jameelyn Barrera | 337 |
| 13. | Excerpts from the August 20, 2024 Deposition of Jon Montgomery, DO | 366 |
| 14. | Video Lodgment FishTank_ | 388 |
| 15. | Excerpts from August 22, 2024 and October 4, 2024 Depositions of Lt. Aaron Boorman | 389 |
| 16. | Excerpts from the October 7, 2024 Deposition of Rita Diaz | 442 |
| 17. | Video Lodgment 14L_Court Holding Corr_2022_3-11 (Parties dispute re: public filing; see mtn. to permit public filing.) | 455 |
| 18. | Excerpts from the March 28, 2025 Deposition of Kyle C. Holman | 456 |
| 19. | Excerpts from the March 28, 2025 Deposition of Emilio A. Gonzalez | 474 |
| 20. | Video Lodgment 16HH_Detox Corr_2022 (Parties dispute re: public filing; see mtn. to permit public filing.) | 483 |
| 21. | Excerpts from the June 6, 2024 Deposition of Romeo De Guzman, RN | 484 |
| 22. | Video Lodgment EE Elevator | 524 |
| 23. | Video Lodgment 16 Y Chain out (Parties dispute re: public filing; see mtn. to permit public filing.) | 525 |
| 24. | Video Lodgment 16V_Chain Out Corr (Parties dispute re: public filing; see mtn. to permit public filing.) | 526 |

| | | |
|---|---|---|
| 25. | Video Lodgment 16S_Staff Elev Lobby<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 527 |
| 26. | Video Lodgment Elevator 2_2022 | 528 |
| 27. | Video Lodgment 16M _Court Holding Corr<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 529 |
| 28. | Excerpts from the May 15, 2024 Deposition of Deputy Alan Griffith | 530 |
| 29. | Excerpts from the May 30, 2024 Deposition of Allan M. Valbuena | 546 |
| 30. | Video Lodgment 16J _Staff Elev Lobby<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 603 |
| 31. | Video Lodgment Elevator | 604 |
| 32. | Video Lodgment 16G_Staging D-E Door<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 605 |
| 33. | Excerpts from the May 8, 2024 Deposition of Jessica Ramirez | 606 |
| 34. | Excerpts from the June 17, 2024 Deposition of Justin Page | 679 |
| 35. | Excerpts from the May 8, 2024 Deposition of Carina Echon | 739 |
| 36. | Video Lodgment 17E_Mod 7D 2_2022_<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 756 |

| | | |
|---|---|---|
| 37. | Video Lodgment 17F_Mod 7D 2_2022_<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 757 |
| 38. | Excerpts from the July 5, 2024 Deposition of Loraine Gallegos | 758 |
| 39. | Excerpts from the May 22, 2024 Deposition of Deputy Jeff Amado | 789 |
| 40. | Excerpts from the May 15, 2024 Deposition of Emily Lymburn, RN | 837 |
| 41. | Excerpts from the May 17, 2024 Deposition of Thomas Mace | 893 |
| 42. | Excerpts from the June 25, 2024 Deposition of Deputy Alexander Cortez | 957 |
| 43. | San Diego Sheriff's Department Correctional Policies | 967 |
| 44. | Excerpts from the May 7, 2024 Deposition of Sven Soderberg | 984 |
| 45. | Excerpts from the May 2, 2024 Deposition of Timothy Schuck | 991 |
| 46. | 2022 State Audit Report | 1000 |
| 47. | 2018 Disability Rights of California (DRC) Report | 1127 |
| 48. | Photographs | 1200 |
| 49. | Email Correspondence | 1206 |
| 50. | Olugbenga Ojo, M.D. Expert Report | 1256 |
| 51. | Sean Price Expert Report | 1320 |

| | | |
|---|---|---|
| 52. | 2019-2020 San Diego County Sheriff's Department Annual Report | 1390 |
| 53. | Photos of the Decedent - Please be advised that this exhibit contains accurate, but **graphic, post-mortem images** of the decedent, William Hayden Schuck, in this matter. Counsel is including these images, with the consent of Mr. Schuck's family, because they are relevant to consideration of this motion. | 1431 |
| 54. | Training Bulletin re Signs & Symptoms of Withdrawal | 1436 |