Timothy A. Scott (SBN 215074)
Lauren M. Mellano (SBN 306918)
Michelle C. Angeles, (SBN 298883)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tscott@mckenziescott.com
lmellano@mckenziescott.com
mangeles@mckenziescott.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF WILLIAM HAYDEN SCHUCK, et al,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al,<br><br>Defendants. | Case No.: 23-cv-00785-DMS-AHG<br><br>Hon. Dana M. Sabraw<br><br>**DECLARATION OF COUNSEL TIMOTHY A. SCOTT IN SUPPORT OF RESPONSE IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Timothy A. Scott, declare under penalty of perjury as follows:

1. The following is based upon my own personal knowledge.

2. I am an attorney at McKenzie Scott PC and, along with Lauren M. Mellano and Michelle C. Angeles, I am counsel for the Plaintiffs in this matter.

3. Attached to the accompanying appendix of exhibits in support of Plaintiffs' opposition to the County Defendants' motion for summary judgment are true and correct copies of the following exhibits:

| **Exhibit** | **Description** | **Exhibit Page No.** |
| --- | --- | --- |
| 1. | Excerpts from the August 12, 2024 Deposition of Officer Luis Pulido | 1 |
| 2. | Excerpts from the June 26, 2024 Deposition of Borish Wong | 21 |
| 3. | Video Lodgment CSD 623 DUI-3 | 109 |
| 4. | Video Lodgment CSD 621-DUI-2 | 110 |
| 5. | San Diego County Sheriff's Department Medical Services Division Policy No. E.2.1 – Receiving Screening | 111 |
| 6. | Excerpts from the June 6, 2024 Deposition of Reginald Barretto, RN | 118 |
| 7. | Hayden Schuck's Medical Records | 137 |

| | | |
|---|---|---|
| 8. | Video Lodgment Intake_2022-03-10-21-09-00-283 | 213 |
| 9. | Video Lodgment Intake_2022_ | 214 |
| 10. | Excerpts from the July 10, 2024 Deposition of Manual Nozawa, Junior, RN | 215 |
| 11. | Excerpts from the May 21, 2024 Deposition of Serina Rognlien-Hood | 244 |
| 12. | Excerpts from the May 7, 2024 Deposition of Jameelyn Barrera | 337 |
| 13. | Excerpts from the August 20, 2024 Deposition of Jon Montgomery, DO | 366 |
| 14. | Video Lodgment FishTank_ | 388 |
| 15. | Excerpts from August 22, 2024 and October 4, 2024 Depositions of Lt. Aaron Boorman | 389 |
| 16. | Excerpts from the October 7, 2024 Deposition of Rita Diaz | 442 |
| 17. | Video Lodgment 14L_Court Holding Corr_2022_3-11<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 455 |

| | | |
|---|---|---|
| 18. | Excerpts from the March 28, 2025 Deposition of Kyle C. Holman | 456 |
| 19. | Excerpts from the March 28, 2025 Deposition of Emilio A. Gonzalez | 474 |
| 20. | Video Lodgment 16HH_Detox Corr_2022<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 483 |
| 21. | Excerpts from the June 6, 2024 Deposition of Romeo De Guzman, RN | 484 |
| 22. | Video Lodgment EE Elevator | 524 |
| 23. | Video Lodgment 16 Y Chain out<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 525 |
| 24. | Video Lodgment 16V_Chain Out Corr<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 526 |
| 25. | Video Lodgment 16S_Staff Elev Lobby<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 527 |
| 26. | Video Lodgment Elevator 2_2022 | 528 |

| | | |
|---|---|---|
| 27. | Video Lodgment 16M _Court Holding Corr<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 529 |
| 28. | Excerpts from the May 15, 2024 Deposition of Deputy Alan Griffith | 530 |
| 29. | Excerpts from the May 30, 2024 Deposition of Allan M. Valbuena | 546 |
| 30. | Video Lodgment 16J _Staff Elev Lobby<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 603 |
| 31. | Video Lodgment Elevator | 604 |
| 32. | Video Lodgment 16G_Staging D-E Door<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 605 |
| 33. | Excerpts from the May 8, 2024 Deposition of Jessica Ramirez | 606 |
| 34. | Excerpts from the June 17, 2024 Deposition of Justin Page | 679 |
| 35. | Excerpts from the May 8, 2024 Deposition of Carina Echon | 739 |

| | | |
|---|---|---|
| 36. | Video Lodgment 17E_Mod 7D 2_2022_<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 756 |
| 37. | Video Lodgment 17F_Mod 7D 2_2022_<br>(Parties dispute re: public filing; see mtn. to permit public filing.) | 757 |
| 38. | Excerpts from the July 5, 2024 Deposition of Loraine Gallegos | 758 |
| 39. | Excerpts from the May 22, 2024 Deposition of Deputy Jeff Amado | 789 |
| 40. | Excerpts from the May 15, 2024 Deposition of Emily Lymburn, RN | 837 |
| 41. | Excerpts from the May 17, 2024 Deposition of Thomas Mace | 893 |
| 42. | Excerpts from the June 25, 2024 Deposition of Deputy Alexander Cortez | 957 |
| 43. | San Diego Sheriff's Department Correctional Policies | 967 |
| 44. | Excerpts from the May 7, 2024 Deposition of Sven Soderberg | 984 |

| | | |
|---|---|---|
| 45. | Excerpts from the May 2, 2024 Deposition of Timothy Schuck | 991 |
| 46. | 2022 State Audit Report | 1000 |
| 47. | 2018 Disability Rights of California (DRC) Report | 1127 |
| 48. | Photographs | 1200 |
| 49. | Email Correspondence | 1206 |
| 50. | Olugbenga Ojo, M.D. Expert Report | 1256 |
| 51. | Sean Price Expert Report | 1320 |
| 52. | 2019-2020 San Diego County Sheriff's Department Annual Report | 1390 |
| 53. | Photos of the Decedent - Please be advised that this exhibit contains accurate, but **graphic, post-mortem images** of the decedent, William Hayden Schuck, in this matter. Counsel is including these images, with the consent of Mr. Schuck's family, because they are relevant to consideration of this motion. | 1431 |
| 54. | Training Bulletin re Signs & Symptoms of Withdrawal | 1436 |

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States, this 18th day of July, 2025, in San Diego, California.

Respectfully Submitted,

*/s/ Timothy A. Scott*
Timothy A. Scott
MCKENZIE SCOTT, PC
Attorneys for Plaintiff