# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On August 15, 2025, I served the following documents:

**COUNTY DEFENDANTS' OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING PLAINTIFFS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

| | |
|---|---|
| Timothy A. Scott, Esq. | Jeffrey Doggett, Esq |
| Lauren Mellano, Esq. | Katie Schuler, Esq. |
| Nicole Delaney, Esq. | Emily K. Kirschenheuter, Esq. |
| Michelle Angeles, Esq. | LOTZ, DOGGETT & RAWERS LLP |
| MCKENZIE SCOTT PC | 101 West Broadway, Suite 1330 |
| 1350 Columbia St., Suite 600 | San Diego, CA 92101 |
| San Diego, CA 92101 | Phone: 619-233-5565 |
| Phone: 619-794-0451 | Email: jdoggett@ldrlaw.com |
| Email: tscott@mckenziescott.com | Email: kschuler@ldrlaw.com |
| Email: lmellano@mckenziescott.com | Email: nbenedict@ldrlaw.com |
| Email: ndelaney@mckenziescott.com | Email: ekirschenheuter@ldrlaw.com |
| Email: mangeles@mckenziescott.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Correctional Healthcare Partners, Inc.* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2025, at San Diego, California.

s/ STEVEN P. INMAN, II
Email: steven.inman@sdcounty.ca.gov

(*Estate of William Hayden Schuck et al v. County of San Diego et al*
USDC Case No. 23-cv-00785-DMS-AHG)