UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM HAYDEN SCHUCK, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:23-cv-00785-DMS-AHG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING ATTORNEY FEES**<br><br>**[ECF No. 175]** |

On October 9, 2025, District Judge Dana M. Sabraw held a hearing on the undersigned's Report and Recommendation ("R&R") regarding Plaintiffs' Motion for Spoliation Sanctions. ECF No. 168. There, Judge Sabraw adopted the undersigned's R&R in full. *Id*. In the R&R, the undersigned recommended that "Plaintiffs' Request for Attorney Fees be granted, and [to] require supplemental briefing to determine the appropriate amount or refer the matter to the undersigned for further proceedings." ECF No. 142 at 34 (emphasis omitted); *see id*. at 29–30. During the hearing, Judge Sabraw referred the determination of the attorney fees award to the undersigned. ECF No. 168. The Court thereafter set a briefing schedule, and the parties requested and received two extensions of their filing deadlines. ECF Nos. 170, 171, 173, 174.

On November 5, 2025, Plaintiffs and County Defendants represented to the Court that they "have met and conferred and have reached a stipulation regarding the attorney fees and costs." ECF No. 175 at 2. As such, "[t]he parties agree that the County Defendants will pay Plaintiffs $73,250.00 for their attorney fees and cost[s] related to spoliation of the surveillance footage and sanctions imposed." *Id.* (emphasis omitted).

Good cause appearing, the Court **GRANTS** the parties' joint stipulation. The County is hereby ordered to pay Plaintiffs $73,250.00 forthwith.

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge