UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM HAYDEN SCHUCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 3:23-cv-00785-DMS-AHG<br><br>**ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE** |

The Court held a Settlement Disposition Conference ("SDC") on December 9, 2025. ECF No. 178. During the conference, the parties explained that, while they do not presently have any disputes regarding the settlement and have been diligent in executing the settlement agreement, they need more time before filing a joint motion to dismiss. As such, the Court **SETS** a second SDC for **February 9, 2026** at **11:00 a.m.** before the Honorable Allison H. Goddard. By **February 5, 2026**, the parties must submit a joint update to the Court via email (**not filed**) to efile_goddard@casd.uscourts.gov, regarding the estimated time remaining before a joint motion to dismiss can be filed. If the SDC remains on calendar following the Court's review of the parties' joint status report, the Court will provide call-in information to counsel by email at that time.

If the parties timely file a Joint Motion for Dismissal, the SDC will be vacated without further court order.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge