Timothy A. Scott (SBN 215074)
Lauren M. Mellano (SBN 306918)
Michelle C. Angeles, (SBN 298883)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tscott@mckenziescott.com
         lmellano@mckenziescott.com
         mangeles@mckenziescott.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM HAYDEN SCHUCK, et al. | Case No.: 23-cv-00785-DMS-AHG |
| Plaintiffs, | Hon. Dana M. Sabraw |
| v. | **JOINT MOTION TO DISMISS CASE** |
| COUNTY OF SAN DIEGO, et al. | |
| Defendants. | |

The parties, Estate of William Hayden Schuck, et al. and the County of San Diego, et al., through their respective attorneys, jointly move and otherwise stipulate to the dismissal with prejudice of this case, with all parties to bear their own costs and attorneys' fees to the extent costs and fees are not contemplated by any settlement agreement.

DATE: February 6, 2026                 McKENZIE SCOTT, PC


By:    _/s/ Timothy A. Scott_
       TIMOTHY A. SCOTT
       LAUREN M. MELLANO
       MICHELLE C. ANGELES
       Attorneys for Plaintiffs


DATE: February 6, 2026                 OFFICE OF COUNTY COUNSEL, COUNTY OF SAN DIEGO


By:    _/s/ Steven P. Inman_
       Steven P. Inman, II
       Attorneys for County Defendants

JOINT MOTION TO DISMISS CASE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that she has obtained authorization to affix opposing counsels' electronic signatures to this document and further certifies that the foregoing pleading has been electronically served on the following parties:

Steven P. Inman, II
Attorneys for County Defendants

Respectfully submitted,

Dated: February 6, 2026          */s/ Timothy A. Scott*
Attorneys for Plaintiffs

JOINT MOTION TO DISMISS CASE